IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KATHLEEN BURNETT, <u>et al.</u>, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:23-cv-503 (LMB/IDD) |
| RASMUSSEN TEAGUE, | ) ) ) |
| Defendant. | ) ) |

<u>ORDER</u>

On May 15, 2023, the Court received a letter from Kristina Ilyayeva, alleging that she is a friend and roommate of defendant Rasmussen Teague, and indicating that defendant has had serious medical issues beginning just after she received the Complaint and summons in this civil action. The letter contains no formal request for relief, and, as Ms. Ilyayeva does not indicate she is an attorney, it does not constitute a Notice of Appearance or any other action on behalf of the defendant. Accordingly, the Court will take no action with respect to the letter, other than to have it filed under seal as it contains what purports to be sensitive medical information about the defendant. For these reasons, it is hereby

ORDERED that the letter [Dkt. No. 4] be filed and maintained under seal.

The Clerk is directed to forward a copy of this Order and the letter to counsel of record, and a copy of this Order to Kristina Ilyayeva at 7565 E. Harvard Ave., Apt. 207, Denver, CO 80231.

Entered this 19 day of May, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge